**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6053**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LANCE BISHOP STEGLICH, a/k/a Robert Rock,

Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.  James P. Jones, Chief
District Judge.  (3:00-cr-00063-jpj-9)

Submitted:  April 22, 2010            Decided:  April 28, 2010

Before TRAXLER, Chief Judge, and KING and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lance Bishop Steglich, Appellant Pro Se. Ronald Mitchell Huber,
Assistant United States Attorney, Charlottesville, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lance Bishop Steglich appeals the district court's order denying relief on his second motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Steglich, No. 3:00-cr-00063-jpj-9 (W.D. Va. Dec. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED